RCVD - USDC COLA SC
OCT 13 '26 PM1:23

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bishop Ruben DeWayne, Plaintiff, | Civil Action No. 3:26-cv-04812-MGL-PJG |
| vs. | Pursuant to IRC 7433 |
| INTERNAL REVENUE SERVICE, aka IRS, Defendant. | Fed. Civ. Rule 38 Trial by Jury Demanded |

VERIFIED COMPLAINT
(Off-Set/Set-Off for Violation of Rights under U.S. Bankruptcy Laws)
(Willful and Reckless Debt Collection Against IRC 7433)

COMES NOW the Bishop Ruben DeWayne, (hereinafter) "Plaintiff" and/or "the Bishop" appearing by special visitation and not general, to amend the bad behavior of the Defendant, (IRS) Internal Revenue Service, (hereinafter) "IRS" who is believed to have been acting on behalf of the Department of Treasury as follows:

JURISDICTION
(Personal Jurisdiction)

1. The Defendant, IRS are accountants for the U.S. Department of Treasury and as such the Honorable Court, (if any) has personal jurisdiction over this Defendant.
2. The Plaintiff, Bishop Ruben DeWayne domiciled on Lands commonly known as South Carolina who submits *in rem* jurisdiction to this Court.

3. Therefore, this Honorable Court (if any) has jurisdiction over the parties.

## SUBJECT MATTER JURISDICTION

4. IRC 7433 allows this Plaintiff to sue the IRS for civil damages because it is well established and verified IRS, its officers and employees violated Plaintiff's federally protected rights while in bankruptcy which was reckless, intentionally, and negligently disregarded debt collection limits and prohibitions afforded to debtors in bankruptcy enables Plaintiff to seek redress for the unauthorized, unlawful and dishonorable debt collection actions done to Plaintiff without regard.

5. (IRC 7433) This Internal Revenue Code allows provision and provides a limited waiver of sovereign immunity, otherwise without waiving would say IRS breaking and violating clearly established law is condoned. Notwithstanding no one is above the Law.

6. WHEREFORE, jurisdiction is complete regarding the parties and the subject matter.

## THE FACTUAL BACKGROUND BEFORE THE COURT

7. The Defendant, IRS was duly noticed by the United States Bankruptcy Court for the District of South Carolina that the Plaintiff entered into a Chapter 7 Bankruptcy Matter, Case No. 18-02163 in the year of 2018.

8. But in complete disregard, Defendant IRS walked "ALL" over the Plaintiff's Rights, with threats and demands for immediate payment without considering "ALL" rights have value and those rights were federally against debt collection.

9. Prior to filing bankruptcy, the Plaintiff in good faith requested to IRS an offer in compromise which IRS did not acknowledge nor did IRS respond.

10. Defendant, IRS did in fact make their demands using coercion to cause Plaintiff to act or behave to Plaintiff's detriment and financial ruin, in complete disregard, willfully and recklessly made these unreasonable threats of seizures, (levy) my property and right to property demanding immediate payment. *See the Demand Letter dated May 14, 2018 from IRS attached hereto as exhibit A. along with what was filed in the Court.*

11. The Defendant IRS failed to follow the instructions given to receive its full payment as the Plaintiff copied his U.S. Bankruptcy Trustee, Janet B. Haigler regarding the payment IRS was to pay her on my behalf for the Off-set/Set-off which governed any amount IRS claimed I owed with interest and/or penalties and therefore seeing that Plaintiff received his discharge, those moneys that were not paid into my BK matter, now are due and payable to directly me. See the follow up letters to my BK Trustee placed into the court record attempting to verify whether or not IRS paid as instructed. *See attached exhibit B.*

## TRIAL BY JURY DEMANDED

12. Plaintiff demands a trial by jury on the face of this complaint pursuant to Civil Rule 38 as the amount in controversy exceeds $20.00 Twenty Dollars, which is not waived but fully exercised here in this common law suit for the official record.

## FOR THE FIRST CAUSE OF ACTION
(Violation of Federally Protected Rights)

13. The Plaintiff now incorporates paragraph 1 through paragraph 12 verbatim by reference as if repeating the same all over again to show the Defendant, IRS violated Federal Law while Plaintiff's rights under U.S. Bankruptcy Laws prohibited debt collectors, not limited to IRS from demanding immediate payment after being properly noticed and IRS knew it was prohibited from doing what it willfully and recklessly did in complete disregard of this Plaintiff's right. IRS is not above the law.

## THE RULE OF LAW

14. The rule of law is a legal and political principle stating that all people, leaders, and government groups must follow clear, public laws that apply equally to everyone.

15. Organizations like the World Justice Project and the United States Courts explain that this concept creates a stable and fair society. As such, IRS is not above the law.

16. WHEREFORE, any amount Defendant has claimed I currently owe, that same amount is duly owed to me plus the $600.00+ Dollars where I overpaid in the Market Place for Health Insurance, IRS applied against what they claimed I owed IRS, ignoring the facts of how we got here. Knowing a kept good detailed records of IRS sending me letters from multiple locations, not limited to Philadelphia PA, Charlotte NC, Atlanta GA, and Louisville KY and for more than a one and a half years telling me to give them 90 days to complete their research which amounted to the year and a half before starting back up sending me an amount they claim I owe.

## RELIEF DEMANDED

17. Plaintiff knows "ALL" rights have value and based upon the fact that Defendant completely disregarded and walked over Plaintiff's rights, the remedy to Off-set/Set-off a right Plaintiff employed and exercised fully which required added to any amount imposed against me be required including IRS' interest and penalties based on the amounts IRS claims I owe.

18. Plaintiff seeks that amount IRS currently claims for the tax year of 2016 plus the overpayment amount of $600.00 + Dollars Plaintiff overpaid the Market Place that IRS deducted from their claimed amounts that I owe that should be paid to the Plaintiff without delay. It's been far too long, as this longstanding debt is no longer valid once the same was Off-set/Set-off for good causes shown,

**Footnote: The IRS' claims change constantly due to interest and penalties, so whatever amount IRS says I owes is what IRS owes to me now.**

## PRAYER TO GOD BEFORE THE COURT

19. Father in Heaven, in the mighty name of your Son, Jesus the Christ, you witness the letter IRS sent to me and it was you that instructed me to calm down after I read it in that they did not even acknowledge my offer in compromise. For it was you that provided me the relief and remedy I used to Off-set/Set-off. Amen.

20. The king's heart is in God's hands and you Lord may turn it anyway you choose liken to a ship on the sea you have the power to do your will both in man and here on Earth, so I say have your way. Amen,

21. Having declared "ALL" things from the beginning, condition the heart of the Article III Judge that will be assigned to this matter. Again, have your way for the relief demanded is my prayer before Him who is able to keep me from stumbling and falling and at the same time present me innocent before his Throne as your Judgment is sure. Amen.

## CONCLUSION

22. The fact the IRS violated after being informed and noticed I went into bankruptcy and had my rights walked on entitled me to the relief and remedy prayed for, not limited to the funds paid directly to me that certain amount IRS claimed against me.

23. The Plaintiff wants the Court to enter findings of fact and conclusions of law in respect to what is just and proper, even placing the same upon the record for causes shown, knowing this matter was brought in good faith to end the dispute between the parties, Amen.

Respectfully submitted, for I am

October 13, 2026

Bishop Ruben DeWayne
112 Angel Garden Way
Columbia SC 29223
(803) 200-5105

DELARATION OF SERVICE:

I, Bishop Ruben DeWayne do hereby declare that I have served a true and correct copy of the foregoing verified complaint with summons upon the Defendant IRS and also served the Attorney General of South Carolina and the U.S. Attorney General by Certified Return Receipt Requested with the Green Card with the United States Postal Service (USPS) this 13th day of October, 2026 at the addresses listed below.

IRS
Department of the Treasury
Philadelphia, PA 19255

Alan Wilson, SC Attorney General
1000 Assembly Street
Columbia SC 29201

Todd Blanche, U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530

Respectfully submitted, for I am

10-13-2026

Bishop Ruben DeWayne
112 Angel Garden Way
Columbia SC 29223
(803) 200-5105

RCVD - USDC COLA SC
OCT 13 '26 PM1:23